UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22046-UU

VITALI FELDMAN, *individually and
on behalf of all others similarly situated*,

      Plaintiff,

v.

SANDALS RESORTS INTERNATIONAL LTD., *et al.*,

      Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice.  D.E. 8.

THE COURT has reviewed the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises.  On June 12, 2019, Plaintiff filed the Notice of Voluntary Dismissal informing the Court that it dismissed this action against Defendants. *Id.*  Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th__ day of June, 2019.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:  all counsel of record via cm/ecf